**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-6785**

———————

GEORGE PATTON NELSON, III,

> Plaintiff – Appellant,

> v.

CHERYL ROBINSON, Superintendent for the Medical Department
of the Richmond City Jail. Sued individually and in her
official capacity; PRUITT, Undersheriff, Richmond City Jail
and Chaplain of the Richmond City Jail, sued individually
and in official capacity,

> Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge.  (3:08-cv-00603-HEH)

———————

Submitted:  November 15, 2011        Decided:  November 17, 2011

———————

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

George Patton Nelson, III, Appellant Pro Se.  Thomas Douglas
Lane, THOMPSON MCMULLAN PC, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Patton Nelson, III, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny as moot Nelson's motion for injunctive relief pending appeal, and we affirm the judgment below for the reasons stated by the district court. Nelson v. Robinson, No. 3:08-cv-00603-HEH (E.D. Va. June 9, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED